■ In the Matter of MALIK S., an Infant. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JANA M., Appellant; TAMMY Y.K., Respondent. (Appeal No. 2.) [955 NYS2d 923]—

Same memorandum as in *Matter of Malik S.* (101 AD3d 1776 [2012]). Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ.